| | |
|---|---|
| ELIZABETH GIRARD; BEULAH SLESSER; and SUZANNE MCLEOD, as Personal Representative of the Estate of Hansell B. Malone, III,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 2:22-cv-00022-FL |
| GISELE GUTHRIE; SANDRA GORDON; BRENDA BRUNDAGE; CARLEEN BURWELL; DONNA ALTMAN; and JOANN DUNCAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 4:22-cv-00097-D-RN |
| DAVID FANCHER; LEE FUTRELL; JOHN ORUE; CRAIG UNTERBERG; ARIEL ALVARADO; DENNIS TOLES; CAROLE CARLSON; and DENNIS MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.: 5:22-cv-00315-D-RN |

| | |
|---|---|
| ISAIAH WILSON, JR., as Personal Representative of the Estate of Jerone Wilson; and THELMA S. FIGGS, as Personal Representative of the Estate of Robert A. Figgs, Sr., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 5:22-cv-00316-M-RJ |
| GLANZER FLOYD JOLLY; ANTHONY TAYLOR; PETER OPTEKAR; RONNIE BROPHY; DENNIS PETERSON; SILAS ROLLINS; and DONALD STRINGFELLOW, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 5:22-cv-00317-M-RN |
| CYNTHIA BLACKMER, AS REPRESENTATIVE OF THE ESTATE OF DAVID F. BLACKMER, FELICIA BAZEMORE, AS REPRESENTATIVE OF THE ESTATE OF ALLEN RAY HARDY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 7:22-cv-00123-FL |

| | |
|---|---|
| TIMOTHY PUGH, | Civil Action No.: 7:22-cv-00124-BO-BM |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| JOHN BELT, JR., JOYCE LUKEN, and BEVERLY MCCLAIN, | Civil Action No.: 7:22-cv-00125-D-RJ |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| THOMAS WHATLEY and FRED PALUMBO as personal representative of the estate of JOAN S. PALUMBO, | Civil Action No.: 7:22-cv-00126-D-BM |
| Plaintiff, | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| PHOEBE LYNN HEDGES | Civil Action No.: 7:22-cv-00127-BO-BM |
| Plaintiff, | |

| | |
|---|---|
| vs. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br><br>Defendant. | |
| )<br>SHARON MASON as the Administrator for )<br>the Estate of RITA ROSEBERRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>Defendant. ) | Civil Action No.: 7:22-cv-00128-FL |
| )<br>JERRY DEFORGE, JAMES FLENOURY, )<br>DAVID SHARPE, FRANCES CARTER as )<br>Administrator for the Estate of RONALD )<br>CARTER, and JOEL PEDALINE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. | Civil Action No.: 7:22-cv-00129-D-RN |
| )<br>JACK GONZALEZ, WILLIAM )<br>MCDOWELL and KATHRYN PIRNIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>Defendant. ) | Civil Action No.: 7:22-cv-00130-D-KS |

| | |
|---|---|
| JEROME M. ENSMINGER, as Personal Representative of the Estate of Jane Ensminger; ISIAH LAWSON, as Personal Representative of the Estate of Gertrude Lawson; KERRICK W. BREEN, as Personal Representative of the Estate of Christine M. Breen; DANIEL WAX; and RANDY FLOYD, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 7:22-cv-00131-BO-RJ |
| MICHAEL SEAN PARTAIN; DARLENE BROOKS, as Personal Representative of the Estate of James Brooks, Jr.; LAWRENCE EVANS; and KRIS THOMAS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 7:22-cv-00132-D-RJ |
| WILSON MERCADO <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 7:22-cv-00133-BO-RJ |

| | |
|---|---|
| CLAUDIA MCCLARRIN, LINDA CRISP as representative of the Estate of Michelle Causey and PATRICIA WARREN as Representative of the estate of ROSEANNE WARREN <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 7:22-cv-00135-FL |
| RONNIE MANNS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 7:22-cv-00136-M-RJ |
| TAMMY PRISNER, EDWARD LUTHY, JR., as the Administrator for the Estate of Charlotte Luthy, Deceased, MELODY RICHARDS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 7:22-cv-00137-BO-RJ |
| ANDREA WEINER f/k/a ANDREA MICHELE BYRON, <br><br> Plaintiff, | Civil Action No.: 7:22-cv-00139-FL |

|  |  |  |
|---|---|---|
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Defendant. | ) ) | |
|  | ) | |
| ALFRED BENSON; JOSEPHINE DELVALLE, as Personal Representative of the Estate of Raymond DelValle; THOMAS CLARK; JOHN ROY, and PATTY JESSUP, as Personal Representative of the Estate of Gary Jessup, Sr. | ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 7:22-cv-00140-BO-KS |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | | |
| Defendant. | | |
| SANDRA CLINE and MARK PERRY, | ) ) ) | Civil Action No.: 7:22-cv-00141-D-RN |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |
|  | ) | |
| DONALD STRINGFELLOW, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) | Civil Action No.: 7:22-cv-00145-M-KS |
| Plaintiff, | ) ) ) | |

| | |
|---|---|
| vs. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | |

| | | |
|---|---|---|
| | ) | |
| CATHLENE BREWER, JEFFREY | ) | |
| HOPKINS, JAMES T. MAXWELL, | ) | Civil Action No.: 7;22-cv-00150-M-BM |
| SHERRY A. MILLER, | ) | |
| GENA M. PARKHURST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | | |

| | | |
|---|---|---|
| | ) | |
| STEPHEN ISAKSEN, | ) | |
| as representative of the estate of PATRICIA | ) | Civil Action No.: 7:22-cv-00153-D-KS |
| A. ISAKSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | | |

| | | |
|---|---|---|
| | ) | |
| ELIZABETH S. AKERS as Personal | ) | |
| Representative of the Estate of PAUL C. | ) | Civil Action No.: 7:22-cv-00154-M-RJ |
| AKERS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | | |

# PLAINTIFFS' AND DEFENDANT'S JOINT MOTION FOR CONSOLIDATION

Plaintiffs in the above-captioned cases ("Plaintiffs"), together with the Defendant United States of America (the "government"), hereby submit the following Joint Motion for Consolidation regarding current and future cases brought under the Camp Lejeune Justice Act of 2022 (the "CLJA"), pursuant to Federal Rule of Civil Procedure 42(a).

## The Motion

1. Plaintiffs have filed suit under the CLJA.

2. The government has previously stated that over one million Marines and their families were potentially affected by the toxic drinking water at Camp Lejeune. Plaintiffs believe that hundreds of thousands of additional individuals have claims and may ultimately file suit against the government asserting a cause of action under the CLJA.

3. The CLJA creates a new and unique cause of action for exposure to toxic water supplied by the government at Camp Lejeune, North Carolina.

4. Cases under the CLJA, including Plaintiffs' cases, will involve numerous common issues of law and fact.

5. Consolidation will not prejudice any party, including the government. To the contrary, consolidation will save the Court and the parties considerable time and expense and will limit the risk of duplication and inconsistent rulings.

For the reasons stated herein and in the accompanying Memorandum, the Plaintiffs, together with the United States, jointly request that the Court adopt and enter the proposed order,

attached as Exhibit A, consolidating cases brought under the CLJA, which is filed simultaneously herewith.[1]

Respectfully submitted by each Plaintiff's counsel, as docketed in their respective cases, and by the United States.

---

[1] The United States maintains that Plaintiffs have not yet complied with section 2675 of title 28 of the United States Code, as required by the CLJA. Plaintiffs disagree and maintain that they have already presented their claims to the Department of the Navy once and are therefore not required to present them a second time. Nevertheless, Plaintiffs and the government jointly ask the Court to consolidate all CLJA cases in anticipation of such disputes, to expedite proceedings and save the parties and the Court significant time and expense.

Date: August 26, 2022

| | |
|---|---|
| **BELL LEGAL GROUP, LLC**<br>*/s/ Eric Flynn*<br>Eric W. Flynn (N.C. Bar No.: 57615)<br>eflynn@belllegalgroup.com<br>J. Edward Bell, III (to make special appearance)<br>jeb@belllegalgroup.com<br>219 Ridge Street<br>Georgetown, SC 29440<br>P: 843-546-2408<br>F: 843-546-9604 | **KELLER POSTMAN LLC**<br>*/s/ Zina Bash*<br>Zina Bash<br>zina.bash@kellerpostman.com<br>111 Congress Avenue, Suite 500<br>Austin, TX 78701<br>Phone: 512-620-8275<br>Texas State Bar No. 24067505<br><br>**THE DOWLING FIRM PLLC**<br><br>/s/ W. Michael Dowling<br>W. Michael Dowling<br>Post Office Box 27843<br>Raleigh, North Carolina 27611<br>Telephone: (919) 529-3351<br>Fax: (919) 529-3351<br>mike@dowlingfirm.com<br>State Bar No. 42790<br>*LR 83.1(d) Counsel for Plaintiff (in association with Keller Postman LLC)* |
| **WAGSTAFF LAW FIRM**<br>*/s/ Aimee Wagstaff*<br>Aimee H. Wagstaff, Esq.<br>Colorado Bar No. 36819<br>awagstaff@wagstafflawfirm.com<br>Kristen Alkire, Esq. (NCSB 44168)<br>kalkire@wagstafflawfirm.com<br>WAGSTAFF LAW FIRM<br>940 N. Lincoln Street<br>Denver, CO 80203<br>Phone: 303-376-6360 | **MOTLEY RICE LLC**<br>*/s/ Kevin R. Dean*<br>Kevin R. Dean, Esq.<br>SC Fed. Bar No. 70347<br>Admitted GA, MS, SC Bar<br>John D. Hurst, Esq.<br>N.C. Bar No.: 37680<br>W. Christopher Swett, Esq.<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina 29464<br>Phone: (843) 216-9000<br>Fax: (843) 216-9450<br>kdean@motleyrice.com<br>jhurst@motleyrice.com<br>cswett@motleyrice.com |

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **ONDER LAW, LLC** |
| */s/John. F. Bash* | */s/James G. Onder* |
| John F. Bash | James G. Onder |
| Texas Bar No. 24067504 | Missouri State Bar No. 38049 |
| johnbash@quinnemanuel.com | onder@onderlaw.com |
| 300 W. 6th St. | Michael C. Pagan |
| Austin, TX 78701 | Missouri State Bar No. 54827 |
| Phone (737) 667-6100 | pagan@onderlaw.com |
| | 110 East Lockwood, 2nd Floor |
| Adam Wolfson, California Bar No. 262125 | Saint Louis, MO 63119 |
| adamwolfson@quinnemanuel.com | (314) 963-9000 |
| 865 S. Figueroa St., 10th Floor | Fax: (314) 963-1700 |
| Los Angeles, CA 90017 | |
| Phone (213) 443-3000 | |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | **LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN O'BRIEN BARR & MOUGEY, P.A.** |
| */s/Elizabeth J. Cabraser* | */s/Brian Barr* |
| Elizabeth J. Cabraser | Brian Barr |
| ecabraser@lchb.com | bbarr@levinlaw.com |
| Lexi J. Hazam | Sara Papantonio |
| lhazam@lchb.com | spapantonio@levinlaw.com |
| 275 Battery Street, 29th Floor | 316 S. Baylen Street, Suite 600 |
| San Francisco, CA 94111 | Pensacola, FL 32502 |
| Phone: (415) 956-1000 | 850-435-7000 |
| Fax: (415) 956-1008 | |
| **THE NATIONS LAW FIRM** | **WATTS GUERRA LLC** |
| */s/Howard L. Nations* | */s/Mikal Watts* |
| Howard L. Nations | Mikal Watts |
| Texas State Bar No. 14823000 | Texas State Bar No. 20981820 |
| Nations@howardnations.com | 5726 W. Hausman Dr., Suite 119 |
| 9703 Richmond Ave, Suite 200 | San Antonio, Texas 78249 |
| Houston, TX 77042 | Tel: (210) 447-0500 |
| Phone: (713) 807-8400 | Fax: (210) 447-0501 |
| | mcwatts@wattsguerra.com |
| **PARKER WAICHMAN LLP** | **MARCARI RUSSOTTO SPENCER & BALABAN** |
| */s/Jerrold S. Parker* | */s/ Jonathan W. Martin* |
| Jerrold S. Parker | David W. Spencer |
| Raymond C. Silverman | NC State Bar No.: 21053 |
| 6 Harbor Park Dive | Donald W. Marcari |
| Port Washington, NY 11050 | NC State Bar No.: 13029 |
| Tel: (516) 466-6500 | Jonathan W. Martin |
| Fax: (516) 466-6665 | NC State Bar No.: 49381 |
| jerry@yourlawyer.com | |

rsilverman@yourlawyer.com

**ROMANO LAW GROUP**
*/s/John F. Romano*
John F. Romano
Florida Bar No. 175700
john@romanolawgroup.com
Marjorie Levine
Florida Bar No. 96413
marjorie@romanolawgroup.com
P.O. Box 21349
West Palm Beach, FL 33416
Phone: 561-533-6700
Fax: 561-533-1285

**LEWIS & ROBERTS, PLLC**
*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No. 10495)
jar@lewis-roberts.com
Matthew D. Quinn (N.C. Bar No. 40004)
mdq@lewis-roberts.com
3700 Glenwood Avenue, Suite 410
P.O. Box 17529
Raleigh, NC 27619-7529
(919) 981-0191
Fax: (919) 981-0199

**COUNSEL FOR THE DEFENDANT, UNITED STATES OF AMERICA**

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch

BRIDGET BAILEY LIPSCOMB
Assistant Director

*/s Adam Bain*
ADAM BAIN
Senior Trial Counsel
IN Bar No. 11134-49
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 340

2443 Lynn Road, Suite 208
Raleigh, NC 27612
Tel: (919) 787-0989
Fax: (919) 845-5500
Email: davids@mrslawfirm.com
Email: donm@mrslawfirm.com
Email: jonathanm@mrslawfirm.com

**WARD AND SMITH, P.A.**
*/s/A. Charles Ellis*
A Charles Ellis
N.C. State Bar ID No.: 010865
Post Office Box 8088
Greenville, NC 27835-8088
Tel: (252) 215-4000
Fax: (252) 215-4077

Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209